UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CURTISS M. JONES, )
) CASE NO. C12-0191-RSL-MAT
Plaintiff, )
)
v. )
) REPORT AND RECOMMENDATION
KING COUNTY JAIL, et al., )
)
Defendants. )
)

Plaintiff, proceeding *pro se*, filed a motion for leave to proceed *in forma pauperis* (IFP) in a civil matter. (Dkt. 1.) However, he failed to submit the proper IFP form, containing all of the information necessary for consideration of his application. In a letter dated February 6, 2012, the Court directed plaintiff to submit a revised IFP application containing complete financial information. (Dkt. 4.) The Court noted that failure to comply with the letter's directions by March 7, 2012 could affect the status of the case, the Court's ability to serve the named defendants, and/or result in dismissal of the case.

To date, the Court has not received a revised IFP application from plaintiff. The Court therefore recommends that plaintiff's IFP application be DENIED. This action should

REPORT AND RECOMMENDATION
PAGE -1

proceed only if plaintiff pays the applicable filing fee within **thirty (30)** days after entry of the Court's Order adopting this Report and Recommendation. If no filing fee is paid within thirty days of the Court's Order, the Clerk should close the file.

DATED this 26th day of March 2012.

Mary Alice Theiler
United States Magistrate Judge