UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CURTISS M. JONES,
   Plaintiff,
  v.
KING COUNTY JAIL, et al.,
   Defendants.

CASE NO. C12-0191-RSL

ORDER DENYING MOTION FOR IFP

  The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

  (1) The Court adopts the Report and Recommendation;

  (2) Plaintiff's application for leave to proceed in forma pauperis is DENIED for failure to submit the proper IFP form. Plaintiff shall have thirty (30) from the date of this Order to pay the applicable filing fee or this case will be dismissed; and,

ORDER DENYING MOTION FOR IFP
PAGE -1

(3) The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

DATED this 24th day of April, 2012.

*MWT S Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER DENYING MOTION FOR IFP
PAGE -2